line Dealers Association of Michigan, Inc., as *amici curiae,* is granted. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit granted. *Solicitor General Rankin, Assistant Attorney General Hansen, Earl W. Kintner* and *Robert B. Dawkins* for petitioner. *Weymouth Kirkland, Howard Ellis, Hammond E. Chaffetz, W. H. Van Oosterhout* and *Thomas E. Sunderland* for respondent. *Cyrus Austin* for the National Congress of Petroleum Retailers, Inc., et al.

No. 271, Misc. NELSON ET AL. *v.* TENNESSEE. The motion for leave to proceed *in forma pauperis* is granted. Petition for writ of certiorari to the Supreme Court of Tennessee, Eastern District, granted limited to the jury question. *Hobart F. Atkins* for petitioners. *George F. McCanless,* Attorney General of Tennessee, and *Nat Tipton,* Advocate General, for respondent.

No. 472. EASTERN MASSACHUSETTS STREET RAILWAY Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari denied. *Charles W. Mulcahy* for petitioner. *Solicitor General Rankin, Theophil C. Kammholz, Dominick L. Manoli* and *Fannie M. Boyls* for respondent.

No. 524. AUTOMATIC CIGARETTE SALES CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Thurman Hill* and *Arthur J. Swanick* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Harry Baum* and *Louise Foster* for respondent.